```
 1  O'DONNELL & SHAEFFER LLP
    Carole E. Handler (129381)
 2  Belynda B. Reck (163561)
    C. Kendie Chung (190978)
 3  633 West Fifth Street, Suite 1700
    Los Angeles, California  90071
 4  Telephone: (213) 532-2000
    Facsimile: (213) 532-2020
 5
    Attorneys for Plaintiff
 6
    IRELL & MANELLA LLP
 7  Steven A. Marenberg (101033)
    Robert N. Klieger (192962)
 8  1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
 9  Telephone: (310) 277-1010
    Facsimile: (310) 203-7199
10
    Attorneys for Defendants
11

              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

14  FOX FAMILY PROPERTIES, INC., a  )  Case No. 00-11482 RMT (Ex)
15  Delaware corporation,            )
                                     )  STIPULATION OF DISMISSAL WITH
16             Plaintiffs,           )  PREJUDICE AND ORDER THEREON
                                     )
17       vs.                         )
                                     )
18  CBS, INC., a California          )
    corporation; TOUCHSTONE          )
19  TELEVISION PRODUCTIONS, LLC, a   )
    Delaware Limited Liability       )
20  Company; JERRY BRUCKHEIMER,      )
    INC., a California corporation;  )
21  JERRY BRUCKHEIMER dba JERRY      )
    BRUCKHEIMER FILMS; BERTRAM VAN   )
22  MUNSTER; and ELISE DOGANIERI,    )
                                     )
23             Defendants.           )
                                     )
```

FILED
CLERK, U.S DISTRICT COURT
MAY 28 2003
5/28/03
CENTRAL DISTRICT OF CALIFORNIA
BY

Priority
Send ✓
Enter
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

MAY 29 2003



IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

621735

STIPULATION OF DISMISSAL
WITH PREJUDICE

The parties to this action, by and through their respective counsel of record, hereby STIPULATE TO DISMISS THIS ACTION WITH PREJUDICE in its entirety and as against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: January 10, 2003

O'DONNELL & SHAEFFER LLP
Carole E. Handler
Belynda B. Reck
C. Kendie Chung

By: /s/ Carole E. Handler
Carole E. Handler
Attorneys for Plaintiff

Dated: ~~January~~ MAY 23, 2003

IRELL & MANELLA LLP
Steven A. Marenberg
Robert N. Klieger

By: /s/
Robert N. Klieger
Attorneys for Defendants

IT IS SO ORDERED.

Dated: 5-27-03

/s/ Robert M. Takasugi
ROBERT M. TAKASUGI
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

621735

STIPULATION OF DISMISSAL
WITH PREJUDICE